# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Kaitlin W.,

          Plaintiff,

v.

Carolyn Colvin,
Acting Commission of Social Security,

          Defendant.

Case No. 24-CV-00006 (DJF)

**ORDER**

This matter is before the Court on Plaintiff's Application to Proceed In Forma Pauperis on Appeal. (ECF No. 22.) Ms. Welch filed a notice of appeal regarding this Court's dismissal of her Complaint with prejudice on December 20, 2024. (ECF No 14, 16.)

Under 28 U.S.C. § 1915, the Court may authorize a party to proceed on appeal without prepayment of fees, costs, or security, on the affidavit of a party testifying that she is unable to pay such costs, describing the nature of the appeal and her belief that she is entitled to redress. Based on its review of the record and the affidavit (ECF No. 22), the Court concludes that Plaintiff should be allowed to proceed with her appeal in forma pauperis.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's application to proceed in forma pauperis on appeal (ECF No. 22) is **GRANTED**.

Dated: January 15, 2025

          *s/ Dulce J. Foster*
          DULCE J. FOSTER
          United States Magistrate Judge